UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:25-cr-356-VMC-AAS

SAMANTHA ANNE FREEMAN

**GOVERNMENT'S WITNESS LIST**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, submits the following list of witnesses to be called

during the sentencing hearing, in defense of the final PSR issued April 9, 2026:[1]

1.     Special Agent Ryan Brothers

2.     Task Force Officer Michael Skoumal

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/  Samantha E. Beckman*
Samantha E. Beckman
Assistant United States Attorney
Florida Bar No 102533
400 North Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:  Samantha.Beckman@usdoj.gov

---

[1] This testimony is estimated to be approximately fifteen minutes.

**U.S. v. Samantha Anne Freeman**          **Case No. 8:25-cr-356-VMC-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Serbo Simeoni, Esq.

By:     /s/  *Samantha E. Beckman*
          Samantha E. Beckman
          Assistant United States Attorney
          Florida Bar No 102533
          400 North Tampa Street, Suite 3200
          Tampa, Florida 33602-4798
          Telephone:  (813) 274-6000
          Facsimile:   (813) 274-6358
          E-mail:  Samantha.Beckman@usdoj.gov