UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V.                                              CASE NO.: **8:25-cr-00356-VMC-AAS**


SAMANTHA FREEMAN
_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendant, SAMANTHA FREEMAN appeals to the United States Circuit Court of Appeals for the Eleventh Circuit from the Judgment and Sentence rendered on May 19, 2026, including any and all previous rulings including but not limited to objections, pretrial motions, or motions in limine.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2025, I presented the foregoing to the Clerk of Court for the Middle District of Florida for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: The United States Attorney for the Middle District of Florida

s/Serbo C. Simeoni, Esq.
Serbo C. Simeoni, Esq.
FL Bar No. 921970
Serbo C. Simeoni, P.A.
1700 N. McMullen Booth Rd.
Suite A-7
Clearwater, Fl 33759
Tel. #:       (727) 799-3506
Fax # (727) 202-5014
E-mail: pinellaslawyer@gmail.com