APPEAL,CUSTODY,PLED

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: <u>8:25–cr–00356–VMC–AAS–2</u>

Case title: USA v. Harris et al

Date Filed: 07/16/2025

Date Terminated: 05/19/2026

Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Amanda Arnold Sansone

### Defendant (2)

**Samantha Anne Freeman**
*TERMINATED: 05/19/2026*

represented by **Serbo C. Simeoni**
Serbo C. Simeoni, P.A.
1700 N. Mcmullen Booth Rd.
Suite A–7
Clearwater, FL 33759
727–799–3506
Fax: 727–202–5014
Email: pinellaslawyer@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE
(1)

21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE
(2–5)

### Disposition

IMPRISONMENT: 108 months, all counts concurrent; SUPERVISED RELEASE: 5 years, all counts concurrent; FINE: Waived; SPECIAL ASSESSMENT: $100

IMPRISONMENT: 108 months, all counts concurrent; SUPERVISED RELEASE: 5 years, all counts concurrent; FINE: Waived; SPECIAL ASSESSMENT: $400

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|

None

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Samantha Elizabeth Beckman** |
| | | DOJ–USAO |
| | | Tampa Division |
| | | 400 North Tampa Street |
| | | Suite 3200 |
| | | Tampa, FL 33602 |
| | | 813–274–6000 |
| | | Email: samantha.beckman@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2025 | 1 | INDICTMENT returned in open court as to Jimmy Louis Harris, Jr (1) count(s) 1, 4–6, Samantha Anne Freeman (2) count(s) 1, 2–5. (Attachments: # 1 Restricted Unredacted Indictment) (LD) (Entered: 07/17/2025) |
| 08/18/2025 | | Arrest of Samantha Anne Freeman on 8/18/2025. (ABC) (Entered: 08/18/2025) |
| 08/18/2025 | 10 | ***CJA 23 Financial Affidavit by Samantha Anne Freeman. (ABC) (Entered: 08/18/2025) |
| 08/18/2025 | 11 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Discovery, ORAL MOTION for Release from Custody by Samantha Anne Freeman. (ABC) (Entered: 08/18/2025) |
| 08/18/2025 | 12 | **ORAL ORDER of Appointment of CJA Counsel as to Samantha Anne Freeman: Appointment of Attorney Serbo C. Simeoni for Samantha Anne Freeman. Signed by Magistrate Judge Lindsay S. Griffin on 8/18/2025. (ABC)** (Entered: 08/18/2025) |
| 08/18/2025 | 13 | ORAL MOTION for Reciprocal Discovery, ORAL MOTION for Detention by USA as to Samantha Anne Freeman. (ABC) (Entered: 08/18/2025) |
| 08/18/2025 | 14 | ORAL NOTICE of Standing Order Regarding Due Process Protections Act, 3:20–mc–20–TJC, Doc 1 as to Samantha Anne Freeman: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (ABC) (Entered: 08/18/2025) |
| 08/18/2025 | 15 | Minute Entry for In Person proceedings held before Magistrate Judge Lindsay S. Griffin: granting 11 Motion for Discovery as to Samantha Anne Freeman (2); |

| | | |
|---|---|---|
| | | granting 11 Motion for Release from Custody as to Samantha Anne Freeman (2); granting 13 Motion for Discovery as to Samantha Anne Freeman (2); denying 13 Motion for Detention as to Samantha Anne Freeman (2); Initial Appearance as to Samantha Anne Freeman held on 8/18/2025; ARRAIGNMENT as to Samantha Anne Freeman (2) Count 1, 2–5, held on 8/18/2025 Defendant(s) pled not guilty; DETENTION HEARING as to Samantha Anne Freeman held on 8/18/2025. (Digital) (ABC) (Entered: 08/18/2025) |
| 08/18/2025 | 16 | **ORDER Setting Conditions of Release as to Samantha Anne Freeman. Signed by Magistrate Judge Lindsay S. Griffin on 8/18/2025. (ABC)** (Entered: 08/18/2025) |
| 08/18/2025 | 17 | **Unsecured BOND entered as to Samantha Anne Freeman in amount of $ 50,000.00. Signed by Magistrate Judge Lindsay S. Griffin on 8/18/2025. (ABC)** (Entered: 08/18/2025) |
| 08/18/2025 | 20 | Arrest Warrant Returned Executed on 8/18/2025 as to Samantha Anne Freeman. (EGP) (Entered: 08/20/2025) |
| 08/19/2025 | 19 | **PRETRIAL discovery order and notice as to Samantha Anne Freeman Jury Trial set for 10/6/2025 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for 9/11/2025 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington Signed by Magistrate Judge Amanda Arnold Sansone on 8/19/2025. (JS)** (Entered: 08/19/2025) |
| 09/10/2025 | 30 | STATUS REPORT *September 2025* by USA as to Jimmy Louis Harris, Jr, Samantha Anne Freeman (Beckman, Samantha) (Entered: 09/10/2025) |
| 09/11/2025 | 32 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS CONFERENCE as to Jimmy Louis Harris, Jr. and Samantha Anne Freeman held on 9/11/2025. Samantha Beckman appeared for the United States. Douglas Stamm appeared for Defendant Jimmy Louis Harris, Jr. Serbo Simeoni appeared for Defendant Samantha Anne Freeman. This is a new case. The estimated length of the trial is three days. Defense counsel needs more time to review the discovery. Both Defendants request a continuance to the January 2026 Trial Term and waive speedy trial through January 31, 2026. The Government had no objection. For the reasons stated on the record, the Defendants' oral motion for a continuance is GRANTED. The Court finds that the ends of justice are served by continuing this matter to the January 2026 Trial Term. A status conference will be held on December 11, 2025, at 9:30 A.M. Hearing time: 10:05 – 10:10 (5 Minutes) (Text only entry). Court Reporter: Lori Cecil Vollmer (CAB) (Entered: 09/12/2025) |
| 09/11/2025 | 33 | ORAL MOTION to Continue Trial by Jimmy Louis Harris, Jr. and Samantha Anne Freeman. (CAB) (Entered: 09/12/2025) |
| 09/11/2025 | 34 | **ORAL ORDER granting 33 Defendants' Oral Motion to Continue Trial as to Jimmy Louis Harris Jr. (1) and Samantha Anne Freeman (2). The Court finds that the ends of justice are served by a continuance and outweigh the best interests of the public and the Defendants in a speedy trial. Defendants have waived speedy trial through January 31, 2026. The Government does not object to the continuance. Jury Trial is set for the January 2026 Trial Term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. A Status Conference is set for December 11, 2025, at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M.** |

| | | |
|---|---|---|
| | | **Hernandez Covington on 9/11/2025. (CAB)** (Entered: 09/12/2025) |
| 09/12/2025 | 36 | **ENDORSED ORDER as to Jimmy Louis Harris, Jr. and Samantha Anne Freeman. A status conference has been scheduled for DECEMBER 11, 2025, in this matter. Instead, the parties may file a joint status report by DECEMBER 1, 2025. If the report is not timely filed, then counsel must attend the December 11, 2025, status conference. If that is the case, all counsel must attend the status conference in person, and they may not send a substitute or have co–counsel stand in for them absent approval from the Court with good cause shown. The status report should state when the parties believe that the case will be ready for trial. The defense should waive speedy trial through the end of the month for which they wish the case set. If the waiver from each defendant is not included in the report, then all counsel must attend the December 11, 2025, status conference. The Government should indicate if it opposes a continuance. If that is the case, the Government must inform the Court in the status report and all counsel must attend the December 11, 2025, status conference. The parties should also provide an updated estimate of the length of trial and any issues that the Court should be aware of. Signed by Judge Virginia M. Hernandez Covington on 9/12/2025. (CAB)** (Entered: 09/12/2025) |
| 10/09/2025 | 41 | NOTICE OF HEARING as to Samantha Anne Freeman: Show Cause Hearing set for 10/22/2025 at 10:00 AM in Tampa Courtroom 9 B before Magistrate Judge Lindsay S. Griffin. (ABC) (Entered: 10/09/2025) |
| 10/14/2025 | 42 | NOTICE OF RESCHEDULING HEARING: The Show Cause hearing previously scheduled for 10/22/2025 is rescheduled as to Samantha Anne Freeman. New hearing date and time: Show Cause Hearing set for 10/17/2025 at 02:30 PM in Tampa Courtroom 9 B before Magistrate Judge Lindsay S. Griffin. (ABC) (Entered: 10/14/2025) |
| 10/17/2025 | 43 | Minute Entry for In Person proceedings held before Magistrate Judge Lindsay S. Griffin: SHOW Cause Hearing re Pretrial Release Violation as to Samantha Anne Freeman held on 10/17/2025. (Digital) (ABC) (Entered: 10/17/2025) |
| 10/17/2025 | 45 | **ORDER Modifying Conditions of Release as to Samantha Anne Freeman. Signed by Magistrate Judge Lindsay S. Griffin on 10/17/2025. (ABC)** (Entered: 10/17/2025) |
| 10/22/2025 | 46 | MOTION to Modify Conditions of Release by Samantha Anne Freeman. (Simeoni, Serbo) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 10/22/2025) |
| 10/24/2025 | 47 | **ENDORSED ORDER denying without prejudice 46 Motion to Modify Conditions of Release as to Samantha Anne Freeman (2). The defendant has been instructed to report to inpatient drug treatment on Monday October 27, 2025, and should remain at her current address until that time. After Ms. Freeman's successful completion of treatment, she may renew her request to move and may change addresses with the approval of her Pretrial Services Officer and without filing a motion. Signed by Magistrate Judge Lindsay S. Griffin on 10/24/2025. (Griffin, Lindsay)** (Entered: 10/24/2025) |
| 11/13/2025 | 50 | NOTICE OF HEARING as to Samantha Anne Freeman: Show Cause Hearing set for 11/17/2025 at 10:30 AM in Tampa Courtroom 12 A before Magistrate Judge Lindsay S. Griffin. (ABC) (Entered: 11/13/2025) |

| 11/17/2025 | 51 | Minute Entry for In Person proceedings held before Magistrate Judge Lindsay S. Griffin: SHOW Cause Hearing as to Samantha Anne Freeman held on 11/17/2025, Bond Revocation Hearing as to Samantha Anne Freeman held on 11/17/2025. (Digital) (ABC) (Entered: 11/17/2025) |
|---|---|---|
| 11/17/2025 | 52 | **ORDER Revoking Conditions of Release(or bond) as to Samantha Anne Freeman. Signed by Magistrate Judge Lindsay S. Griffin on 11/17/2025. (ABC)** (Entered: 11/17/2025) |
| 12/08/2025 | 54 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Status Conference previously scheduled for 12/11/2025 at 9:30 AM is rescheduled as to Jimmy Louis Harris, Jr. and Samantha Anne Freeman. New hearing time: Status Conference set for 12/11/2025 at 02:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 12/08/2025) |
| 12/11/2025 | 56 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS CONFERENCE as to Jimmy Louis Harris, Jr. and Samantha Anne Freeman held on 12/11/2025. Michael Kenneth stands in for Samantha Beckman and appeared for the United States. Douglas Stamm appeared for Defendant Jimmy Louis Harris, Jr. Serbo Simeoni appeared for Defendant Samantha Anne Freeman. The magistrate judge orally granted Mr. Stamm's Motion to Withdraw as Counsel (Doc. 53) today; therefore, new counsel will need to be appointed and file a notice of appearance as to Defendant Harris. Mr. Simeoni requests a continuance to the Court's March 2026 trial term. The Court will defer ruling on the motion to continue until a notice of appearance is filed by new counsel for Defendant Harris. In the meantime, the case will remain on the Court's January 2026 Trial Term Calendar. Hearing time: 02:50 – 02:54 (4 Minutes) (Text only entry). Court Reporter: Sharon A. Miller (CAB) (Entered: 12/11/2025) |
| 12/19/2025 | 61 | **TRIAL CALENDAR for the January 2026 Trial Term as to Jimmy Louis Harris, Jr. and Samantha Anne Freeman. Jury Trial set for the January 2026 Trial Term commencing 1/5/2026 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Guilty pleas should be held before the Magistrate Judge on or before Wednesday, December 31, 2025. Signed by Judge Virginia M. Hernandez Covington on 12/19/2025. (CAB)** (Entered: 12/19/2025) |
| 12/22/2025 | 63 | **ENDORSED ORDER deferring ruling on defendant Samantha Anne Freeman's oral motion to continue the trial (Doc. # 56) and defendant Jimmy Lou Harris's unopposed motion to continue the trial (Doc. # 62) until defendants file appropriate waivers of speedy trial. Defendants seek to continue the trial to the March 2026 trial term. (Doc. # 56; Doc. # 62 at 2). Counsel for Mr. Harris has represented that a waiver of speedy trial through April 1, 2026, will be filed. (Doc. # 62 at 2). However, at this point, defendants have waived speedy trial only through January 31, 2026. (Doc. # 34). As the Court stated in its prior order scheduling the December 11, 2025 status conference, if defendants seek to continue the trial, defendants must waive speedy trial through the end of the month for which they wish the case set. (Doc. # 36). Accordingly, each defendant must immediately file a waiver of speedy trial, failing which the case will remain on the January 2026 trial term. Signed by Judge Virginia M. Hernandez Covington on 12/22/2025. (MEG)** (Entered: 12/22/2025) |
| 12/22/2025 | 64 | WAIVER of speedy trial through March 31, 2026 by Samantha Anne Freeman (Simeoni, Serbo) (Entered: 12/22/2025) |

| | | |
|---|---|---|
| 12/29/2025 | 66 | **ENDORSED ORDER granting defendant Samantha Anne Freeman's oral motion to continue the trial (Doc. # 56) and defendant Jimmy Lou Harris's unopposed motion to continue the trial (Doc. # 62). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendants in a speedy trial. The defendants have waived speedy trial through March 31, 2026, and the government does not object. Jury Trial set for March 2026 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for February 12, 2026, at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 12/29/2025. (DMD)** (Entered: 12/29/2025) |
| 01/15/2026 | 67 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Samantha Anne Freeman (Beckman, Samantha) (Entered: 01/15/2026) |
| 01/16/2026 | 69 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 2/12/2026 is rescheduled as to Jimmy Louis Harris, Jr. and Samantha Anne Freeman. New hearing date and time: Status Conference set for 2/4/2026 at 02:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 01/16/2026) |
| 01/23/2026 | 70 | NOTICE OF HEARING as to Samantha Anne Freeman: Guilty Plea Hearing set for 1/30/2026 at 12:00 PM in Tampa Courtroom 10 B before Magistrate Judge Amanda Arnold Sansone. (JS) (Entered: 01/23/2026) |
| 01/30/2026 | 71 | MOTION for Miscellaneous Relief, specifically Allow AUSA Coverage *February 4, 2026* by USA as to Jimmy Louis Harris, Jr, Samantha Anne Freeman. (Beckman, Samantha) (Entered: 01/30/2026) |
| 01/30/2026 | 72 | **ENDORSED ORDER granting the government's motion to appear on behalf of government counsel of record. (Doc. # 71). Brooke Padgett may appear at the February 4 status conference on behalf of the government. Signed by Judge Virginia M. Hernandez Covington on 1/30/2026. (DMD)** (Entered: 01/30/2026) |
| 01/30/2026 | 73 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: GUILTY PLEA HEARING as to Samantha Anne Freeman held on 1/30/2026. (DIGITAL) (JS) (Entered: 01/30/2026) |
| 01/30/2026 | 74 | CONSENT regarding entry of a plea of guilty as to Samantha Anne Freeman (JS) (Entered: 01/30/2026) |
| 01/30/2026 | 75 | CONSENT to institute presentence investigation report as to Samantha Anne Freeman. (JS) (Entered: 01/30/2026) |
| 01/30/2026 | 76 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: couns One, Two, Three, Four, and Five of the Indictment as to Samantha Anne Freeman. Signed by Magistrate Judge Amanda Arnold Sansone on 1/30/2026. (JS)** (Entered: 01/30/2026) |
| 02/02/2026 | 77 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Counts One, Two, Three, Four, and Five of the Indictment as to Samantha Anne Freeman. Signed by Judge Virginia M. Hernandez Covington on 2/2/2026. (Sentencing set for 4/15/2026 at 03:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Counsel should notify CRD Charmaine Black at 813–301–5348 if it |

6

| | | |
|---|---|---|
| | | appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.) (CAB) (Entered: 02/02/2026) |
| 03/05/2026 | 83 | **ENDORSED ORDER: The Court directs the parties to each file a sentencing memorandum no later than one week prior to the scheduled sentencing hearing. The filing of sentencing memoranda is not optional, and all parties are directed to comply. The parties' sentencing memoranda must address any disputes as to application of the Sentencing Guidelines. In addition, the Court has allotted 45 minutes for the sentencing hearing. If either party believes that the sentencing hearing will take more than 45 minutes, counsel must file a motion requesting an extended hearing. Signed by Judge Virginia M. Hernandez Covington on 3/5/2026. (MEG)** (Entered: 03/05/2026) |
| 04/09/2026 | 91 | **ENDORSED ORDER: By Order dated March 5, 2026, the Court directed the parties to each file a sentencing memorandum no later than one week prior to the scheduled sentencing hearing of Defendant Samantha Anne Freeman. (Doc. # 83). The parties have not done so. Accordingly, the parties must each file a sentencing memorandum by April 13, 2026. Signed by Judge Virginia M. Hernandez Covington on 4/9/2026. (MEG)** (Entered: 04/09/2026) |
| 04/09/2026 | 92 | NOTICE OF RESCHEDULING HEARING: The Sentencing previously scheduled for April 15, 2026, is rescheduled as to Samantha Anne Freeman. New hearing date and time: Sentencing rescheduled for April 16, 2026, at 3:00 PM in Tampa Courtroom 14B before Judge Virginia M. Hernandez Covington. (GSO) (Entered: 04/09/2026) |
| 04/12/2026 | 93 | SENTENCING MEMORANDUM by Samantha Anne Freeman (Attachments: # 1 Exhibit Letter in Support)(Simeoni, Serbo) (Entered: 04/12/2026) |
| 04/14/2026 | 94 | **ENDORSED ORDER: After both parties missed the original deadline to file their sentencing memoranda in advance of Defendant Samantha Freeman's sentencing, the Court directed the parties to file their sentencing memoranda by April 13, 2026. (Doc. # 91). That already–extended deadline has now passed, but the government still has not filed its sentencing memorandum. Accordingly, the United States is directed to show cause why sanctions should not be imposed for its violation of this Court's orders by April 15, 2026. The sentencing memorandum must accompany the show cause response. Signed by Judge Virginia M. Hernandez Covington on 4/14/2026. (DMD)** (Entered: 04/14/2026) |
| 04/14/2026 | | Set/Reset Deadlines/Hearings as to Samantha Anne Freeman: Show Cause Response due by 4/15/2026 per Order 94. (MCB) (Entered: 04/14/2026) |
| 04/14/2026 | 95 | First MOTION to Continue Sentencing and Deadline for sentencing memorandum by USA as to Samantha Anne Freeman. (Beckman, Samantha) (Entered: 04/14/2026) |
| 04/14/2026 | 96 | **ENDORSED ORDER granting the unopposed motion to continue the sentencing of Samantha Anne Freeman and the sentencing memorandum deadline. (Doc. # 95). The Clerk is directed to reschedule the sentencing. The sentencing memorandum is due 7 days before the rescheduled sentencing. Signed by Judge Virginia M. Hernandez Covington on 4/14/2026. (DMD)** (Entered: 04/14/2026) |
| 04/14/2026 | 97 | NOTICE OF RESCHEDULING HEARING: The Sentencing previously scheduled for April 16, 2026, is rescheduled as to Samantha Anne Freeman. New hearing date and time: Sentencing rescheduled for May 18, 2026, at 1:00 PM in Tampa Courtroom 14B before Judge Virginia M. Hernandez Covington. (GSO) (Entered: 04/14/2026) |

7

| 05/05/2026 | 101 | SENTENCING MEMORANDUM by USA as to Samantha Anne Freeman (Beckman, Samantha) (Entered: 05/05/2026) |
|---|---|---|
| 05/05/2026 | 102 | WITNESS LIST by USA as to Samantha Anne Freeman (Beckman, Samantha) (Entered: 05/05/2026) |
| 05/14/2026 | 103 | **ENDORSED ORDER as to Samantha Anne Freeman: The United States has filed a sentencing memorandum that does not make sense. It appears to be a cut and paste product from another case. The memorandum stops in mid–stream never addressing all of the objections raised by the defense. The United States is directed to file no later than 9 a.m. on May 18 a sentencing memorandum that addresses the objections raised by the defense. The United States is reminded that this Court continued the sentencing so that the United States could address the objections raised by the defense. Here, at the eleventh hour, that still has not ocured. Signed by Judge Virginia M. Hernandez Covington on 5/14/2026. (Covington, Virginia)** (Entered: 05/14/2026) |
| 05/15/2026 | 104 | AMENDED SENTENCING MEMORANDUM by USA as to Samantha Anne Freeman (Beckman, Samantha) Modified on 5/15/2026 to edit docket text (ELA). (Entered: 05/15/2026) |
| 05/18/2026 | 105 | MINUTE ENTRY for 5/18/2026 in–person Sentencing of Samantha Anne Freeman (2) before Judge Virginia M. Hernandez Covington; Count 1, IMPRISONMENT: 108 months, all counts concurrent; SUPERVISED RELEASE: 5 years, all counts concurrent; FINE: Waived; SPECIAL ASSESSMENT: $100; Counts 2–5, IMPRISONMENT: 108 months, all counts concurrent; SUPERVISED RELEASE: 5 years, all counts concurrent; FINE: Waived; SPECIAL ASSESSMENT: $400. Court Reporter: Lori Cecil Vollmer (GSO) (Entered: 05/18/2026) |
| 05/19/2026 | 106 | **JUDGMENT as to Samantha Anne Freeman (2); Count 1, IMPRISONMENT: 108 months, all counts concurrent; SUPERVISED RELEASE: 5 years, all counts concurrent; FINE: Waived; SPECIAL ASSESSMENT: $100; Counts 2–5, IMPRISONMENT: 108 months, all counts concurrent; SUPERVISED RELEASE: 5 years, all counts concurrent; FINE: Waived; SPECIAL ASSESSMENT: $400. Signed by Judge Virginia M. Hernandez Covington on 5/19/2026. (GSO)** (Entered: 05/19/2026) |
| 05/27/2026 | 108 | NOTICE OF APPEAL by Samantha Anne Freeman re 106 Judgment. Filing fee not paid. (Simeoni, Serbo) (Entered: 05/27/2026) |

Samantha Anne Freeman
8:25-cr-356-VMC-AAS

======================================

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

Case Number: 8:25-cr-356-VMC-AAS
USM Number: 02728-512

v.

SAMANTHA ANNE FREEMAN

Serbo Simeoni, CJA

The defendant, who pleaded guilty to Counts One, Two, Three, Four, and Five of the Indictment, is adjudicated guilty of these offenses:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNTS |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) | Conspiracy to Distribute 50 Grams or More of Methamphetamine | August 16, 2024 | One |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | July 3, 2024 | Two |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | July 17, 2024 | Three |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | July 24, 2024 | Four |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | August 7, 2024 | Five |

The defendant is sentenced as provided in this judgment in accord with 18 U.S.C. § 3553(a) and the Sentencing Reform Act of 1984, to the extent applicable after *United States. v. Booker*, 543 U.S. 220 (2005).

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Samantha Anne Freeman
8:25-cr-356-VMC-AAS

The defendant must notify the United States Attorney for this district within thirty days after any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Sentence imposed on May 18, 2026

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

May 18, 2026

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Samantha Anne Freeman
8:25-cr-356-VMC-AAS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for **108 months** as to Counts One through Five, all such terms to run concurrently.

 X    Given the proximity to the defendant's friends and family, the Court recommends confinement at FCI Coleman, Florida, and participation in college classes, mental health counseling, the Residential Drug Abuse Program (RDAP), and UNICOR.

 X   The defendant is remanded to the custody of the United States Marshal.

 __   The defendant shall surrender to the United States Marshal for this district.

  __ at __ a.m./p.m. on __.
  __ as notified by the United States Marshal.

 __   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

  __ before 2 p.m. on __.
  __ as notified by the United States Marshal.
  __ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to
_____
at _____, with a certified copy of this judgment.

_____
United States Marshal

By:_____

Deputy United States Marshal

AO 245B (Rev. 09/19) Judgment in a Criminal Case

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **5 years** as to Counts One through Five, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ___ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ___ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. _X_ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ___ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ___ You must participate in an approval program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature _____ Date _____

# SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2. You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

4. You shall provide the probation officer access to any requested financial information.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Samantha Anne Freeman
8:25-cr-356-VMC-AAS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accord with the schedule of payments.

| Assessment | Restitution | Fine | AVAA Assessment | JVTA Assessment |
|------------|-------------|------|-----------------|-----------------|
| $500.00 | N/A | Waived | N/A | N/A |

## SCHEDULE OF PAYMENTS

In accord with his ability, the defendant must pay the total criminal monetary penalties as follows:

Special Assessment must be paid in full and is due immediately.

Unless expressly ordered otherwise in the special instructions above and if this judgment imposes imprisonment, the defendant must pay a criminal monetary penalty and during the time of imprisonment. A criminal monetary penalty, except a payment, through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are payable to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States attorney.

The defendant must receive credit for any previous payment toward any criminal monetary penalty imposed.

Payments must apply in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

15

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V.                                        CASE NO.: **8:25-cr-00356-VMC-AAS**

SAMANTHA FREEMAN
_____/

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant, SAMANTHA FREEMAN appeals to the United States Circuit Court of Appeals for the Eleventh Circuit from the Judgment and Sentence rendered on May 19, 2026, including any and all previous rulings including but not limited to objections, pretrial motions, or motions in limine.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 27, 2025, I presented the foregoing to the Clerk of Court for the Middle District of Florida for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: The United States Attorney for the Middle District of Florida

   s/Serbo C. Simeoni, Esq.
Serbo C. Simeoni, Esq.
FL Bar No. 921970
Serbo C. Simeoni, P.A.
1700 N. McMullen Booth Rd.
Suite A-7
Clearwater, Fl 33759
Tel. #:    (727) 799-3506
Fax # (727) 202-5014
E-mail: pinellaslawyer@gmail.com